## OPHTHALMIC MUTUAL INSURANCE COMPANY, Plaintiff–Appellee,

v.

## Scott L. GELLER, M.D., Defendant–Appellant.

No. 05–11305.

D.C. Docket No. 04–00023–CV–FTM–33–SPC.

United States Court of Appeals, Eleventh Circuit.

July 27, 2005.

David A. Strassburger, Strassburger, McKenna, Gutnick & Potter, Pittsburgh, PA, for Defendant–Appellant.

Gary Khutorsky, Stephens, Lynn et al., Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT, MARCUS and COX, Circuit Judges.

Non–Argument Calendar

PER CURIAM.

Defendant Scott L. Geller appeals the judgment of the district court granting Plaintiff Ophthalmic Mutual Insurance Company's motion for summary judgment. We find no reversible error in the district

court's determination that the claims asserted against Plaintiff in the *Williams* action were excluded under the Plaintiff's liability insurance policy. We also agree that Defendant's estoppel argument is not supported by the record. The judgment of the district court is, therefore,

AFFIRMED.